```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 05 B 43654
    CARMEN A MEEKINS
                                                 CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-7628

--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/04/2005 and was confirmed 03/15/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/06/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST        PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
PEOPLES GAS LIGHT & COKE   UNSECURED             .00             .00              .00
ROUNDUP FUNDING LLC        UNSECURED         9456.95             .00              .00
TCF NATIONAL BANK          CURRENT MORTG        .00              .00              .00
TCF NATIONAL BANK          MORTGAGE ARRE    372.50              .00           136.62
TCF NATIONAL BANK          CURRENT MORTG        .00              .00              .00
TCF NATIONAL BANK          MORTGAGE ARRE  25049.89              .00          9187.10
COOK COUNTY TREASURER      SECURED        10201.60              .00          3741.46
BANK ONE DEPOSIT ACCOUNT   UNSECURED      NOT FILED             .00              .00
COMED                      UNSECURED      NOT FILED             .00              .00
NICOR GAS                  UNSECURED        864.58              .00              .00
NICOR GAS                  UNSECURED      NOT FILED             .00              .00
GLENDA J GRAY              DEBTOR ATTY    1,994.00                          1,994.00
TOM VAUGHN                 TRUSTEE                                            926.13
DEBTOR REFUND              REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS               DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              15,985.31

PRIORITY                                          .00
SECURED                                     13,065.18
UNSECURED                                         .00
ADMINISTRATIVE                               1,994.00
TRUSTEE COMPENSATION                           926.13
DEBTOR REFUND                                     .00
                     ---------------        ---------------
TOTALS               15,985.31              15,985.31


                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 43654 CARMEN A MEEKINS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/19/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 43654 CARMEN A MEEKINS